IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

                Plaintiff,

vs.                                       NO. 6:10-cv-01004-DJS/LFG

CARDWORKS SERVICING, LLC,

                Defendant.

## STIPULATION OF DISMISSAL

Comes now Plaintiff Richard Obenauf and Defendant Northland Group, Inc., by and through their counsel, to stipulate and agree that the above-captioned matter has been amicably resolved and that the matter should be Dismissed with Prejudice, each party to bear its own costs and attorneys' fees.

                                              **TREINEN LAW OFFICE**

Dated: June 10, 2011          /s/ Rob Treinen
                                               ROB TREINEN
                                             500 Tijeras Ave. NW
                                             Albuquerque, NM 87102
                                             Telephone: (505) 247-1980
                                             Facsimile:  (505) 843-7129
                                             Attorneys for Plaintiff

                                             **THOMASON LAW FIRM, P.C.**

Dated: June 10, 2011          /s/ Bryan W. Thomason
                                               Bryan W. Thomason
                                             111 Lomas Blvd. NW, Suite 502
                                             Albuquerque, NM 87102
                                             Telephone: (505) 265-9630
                                             Facsimile:  (505) 265-9601
                                             Attorneys for Defendant

1